UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: MASSMUTUAL FINANCIAL GROUP and MML INVESTORS, INC. | Miscellaneous Business Docket No. 05MC10172 |
| YECHOUDA EINHORN, SARAH MANDEL, DAVID LEBOVITZ, SIDNEY REISS, ABRAHAM PASKESZ, ISSAC LEBOVITZ AND BERNARD MOSKOVITS,<br><br>Plaintiffs<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendant | Related Foreign Case<br>Civil Action No.: 08396 (KMK)<br><br>United States District Court<br>Southern District of New York |

### STIPULATION TO EXTEND TIME RE: MOTION TO ENFORCE SUBPOENAS

Now come the parties, MassMutual Financial Group and MML Investors Services, Inc. (jointly "MassMutual") and Metropolitan Life Insurance Company ("MetLife"), and they stipulate and agree that the time within which MassMutual must submit its opposition or otherwise respond to MetLife's Motion to Enforce Subpoenas be extended to and including May 13, 2005.

{K0302019.1}

| | |
|---|---|
| MASSMUTUAL FINANCIAL GROUP and MML INVESTORS SERVICES, INC. | METROPOLITAN LIFE INSURANCE COMPANY |
| By their attorneys, | By its attorneys, |
| *[signature]* Edward S. Rooney, Jr. BBO No. 426840 Eckert Seamans Cherin & Mellott, LLC One International Place, 18th Floor Boston, MA 02110 Tel: (617) 342-6863 Fax: (617) 342-6899 e-mail: erooney@eckertseamans.com | *[signature] Eben Krim /ESR* Eben Krim BBO No. 652506 Proskauer Rose LLP One International Place Boston, MA 02110 Tel.: (617) 526-9600 |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for Metropolitan Life Insurance Company by regular mail, postage prepaid, this 29th day of April, 2005.

*[signature]*
Edward S. Rooney, Jr.

{K0302019.1}