UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

2005 MAY 13 P 3: 59

|  |  |  |
|---|---|---|
| In re:  MASSMUTUAL FINANCIAL GROUP and MML INVESTORS, INC. | ) ) ) ) ) | Miscellaneous Business Docket No.  05MC10172 |

|  |  |  |
|---|---|---|
| YECHOUDA EINHORN, SARAH MANDEL, DAVID LEBOVITZ, SIDNEY REISS, ABRAHAM PASKESZ, ISSAC LEBOVITZ AND BERNARD MOSKOVITS, <br><br> Plaintiffs <br><br> v. <br><br> METROPOLITAN LIFE INSURANCE COMPANY, <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Related Foreign Case Civil Action No.:  08396 (KMK) <br><br> United States District Court Southern District of New York |

## STIPULATION FOR COURT TO RESERVE DECISION
## RE: MOTION TO ENFORCE SUBPOENAS

Now come the parties in the above-entitled matter, MassMutual Financial Group and

MML Investors Services, Inc. (jointly "MassMutual") and Metropolitan Life Insurance Company

("MetLife"), and they stipulate and agree that a decision by the Court with respect to MetLife's

previously-filed Motion to Enforce Subpoenas be reserved and the motion not acted on at this

time.

{K0303049.1}

In support of this motion the parties state that they are in discussions concerning the issues raised in Met Life's motion, and with respect to the documents that Met Life is seeking to have produced. These discussions are ongoing and may result in a resolution of the parties differences, and consequently, there will be no need for the Court to render a decision with respect to Met Life's motion. The parties will notify the Court if their differences do get resolved, or if not resolved, the Court will be so notified and MassMutual will submit an opposition or otherwise respond to Met Life's motion.

Dated: May 13, 2005

| MASSMUTUAL FINANCIAL GROUP and MML INVESTORS SERVICES, INC. | METROPOLITAN LIFE INSURANCE COMPANY |
|---|---|
| By their attorneys, | By its attorneys, |
| *S. S. Rooney* | *Eben Krim /ESR* |
| Edward S. Rooney, Jr. | Eben Krim |
| BBO No. 426840 | BBO No. 652506 |
| Eckert Seamans Cherin & Mellott, LLC | Proskauer Rose LLP |
| One International Place, 18th Floor | One International Place |
| Boston, MA 02110 | Boston, MA 02110 |
| Tel: (617) 342-6863 | Tel.: (617) 526-9600 |
| Fax: (617) 342-6899 | |
| e-mail: erooney@eckertseamans.com | |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for Metropolitan Life Insurance Company by regular mail, postage prepaid, this 13th day of May, 2005.

*S. S. Rooney*

Edward S. Rooney, Jr.